# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTS,<br><br>    Plaintiff,<br><br>v.<br><br>BILSON'S SPORT SHOP, INC., WILLIAM and BETTY G BILSON FAMILY LIMITED PARTNERS, and DOES 1-10, inclusive.,<br><br>    Defendants. | Case No. 1:14-cv-00157-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE: October 13, 2015 |

On August 10, 2015, the parties filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. Accordingly, it is HEREBY ORDERED that:

    1.    All pending matters and dates are VACATED; and

    2.    The parties shall file dispositional documents on or before October 13, 2015.

IT IS SO ORDERED.

Dated:   **August 11, 2015**

UNITED STATES MAGISTRATE JUDGE

1