# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BILSON'S SPORT SHOP, INC., et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-0157-SAB<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 18)<br><br>NOVEMBER 16, 2015 DEADINE |

　　　Plaintiff filed a notice of settlement on August 10, 2015 and was ordered to file dispositional documents on or before October 13, 2015.  On October 13, 2015, Plaintiff filed a request for an extension of time.  Plaintiff's request for an extension of time is HEREBY GRANTED and dispositive documents shall be filed on or before November 16, 2015.

IT IS SO ORDERED.

Dated:   **October 14, 2015**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1