1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES, | Case No.  1:14-cv-0157-SAB |
| Plaintiff, | ORDER GRANTING REQUEST FOR EXTENSION OF TIME |
| v. | (ECF No. 20) |
| BILSON'S SPORT SHOP, INC., et al., | |
| Defendants. | |

On October 14, 2015, Plaintiff's request for an extension of time to file dispositive documents was granted, and Plaintiff was ordered to file dispositive documents on or before November 16, 2015.  Plaintiff did not file dispositive documents in compliance with the October 14, 2015 order.  On November 29, 2015, Plaintiff filed a second request for an extension of time to file dispositive documents.

The Court shall grant Plaintiff's request for a fifteen day extension of time to file dispositive documents.  However, Plaintiff is advised that failure to timely file dispositive documents or otherwise respond to the Court's order may result in the issuance of sanctions including dismissal of this action.

/ / /

/ / /

/ / /

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED, and dispositive documents shall be filed on or before December 14, 2015.

IT IS SO ORDERED.

Dated:   **November 30, 2015**

UNITED STATES MAGISTRATE JUDGE