# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES, | Case No. 1:14-cv-0157-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSSED FOR FAILURE TO COMPLY WITH COURT ORDER |
| v. | |
| BILSON'S SPORT SHOP, INC., et al., | |
| Defendants. | (ECF No. 21) |
| | DEADLINE: DECEMBER 28, 2015 |

On August 10, 2015, Plaintiff filed a notice of settlement and was ordered to file dispositional documents within sixty days. (ECF Nos. 16, 17.) On October 14, 2015, Plaintiff's request for an extension of time to file dispositional documents was granted and dispositional documents were to be filed on or before November 16, 2015. (ECF No. 19.) Plaintiff did not file dispositional documents in compliance with the October 14, 2015 order and an untimely request for an extension of time was filed on November 29, 2015, which the Court granted. (ECF Nos. 20, 21.) Pursuant to the November 29, 2015 order, Plaintiff was required to file dispositional documents on or before December 14, 2015. Plaintiff has not complied with or otherwise responded to the November 30, 2015 order.

Plaintiff is advised that this Courts orders are not mere suggestions but are order which the parties are expected to complied with. This is the second time that Plaintiff has failed to timely comply with an order requiring dispositional documents to be filed in this action. Further,

1 the parties have now had over four months to finalize the settlement in this action.

2 Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

3 Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE by **December 28, 2015** why dispositive documents have not yet been filed. **Plaintiff is forewarned that the failure to show cause may result in the imposition of sanctions, including the dismissal of this action for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **December 15, 2015**

UNITED STATES MAGISTRATE JUDGE

2