| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES, | Case No. 1:14-cv-0157-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING ACTION WITH PREJUDICE |
| v. | |
| BILSON'S SPORT SHOP, INC., et al., | (ECF No. 23) |
| Defendants. | |

Plaintiff filed this action on February 4, 2014 alleging denial of access in violation of the Americans with Disabilities Act. On August 10, 2015, Plaintiff filed a notice of settlement and has received several extensions of time to file dispositional documents.

When Plaintiff did not comply with the most recent order to file dispositional documents, on December 15, 2015, an order to show cause issued requiring Plaintiff to show cause why this action should not be dismissed for failure to comply with a court order. On this same date, Plaintiff filed a stipulation to dismiss the action with prejudice. As Plaintiff has now filed a stipulation to dismiss this action, the order to show cause shall be discharged.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued December 15, 2015 is DISCHARGED;

2. Pursuant to the stipulation of the parties this action is DISMISSED with prejudice;

1

3. The parties shall bear their own costs and attorney fees; and

4. The Clerk's Office is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **December 16, 2015**

UNITED STATES MAGISTRATE JUDGE